UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SILVA,<br><br>    Plaintiff<br><br>    v.<br><br>MARIE B. KELLY, et al.,<br><br>    Defendants | CASE NO. 1:16-CV-0829 AWI SAB<br><br>ORDER CLOSING CASE DUE TO FAILURE OF PLAINTIFF TO FILE AN AMENDED COMPLAINT |

On June 17, 2016, Plaintiff filed a pro se complaint in this matter. See Doc. No. 1. The Magistrate Judge screened the complaint, and properly found that no federal causes of action were stated. See Doc. No. 3. The Magistrate Judge dismissed the complaint for lack of subject matter jurisdiction and ordered Plaintiff to file an amended complaint within 14 days. See id. Importantly, the Magistrate Judge warned Plaintiff: "Failure to file an amended complaint in compliance with this order will result in this action being dismissed for lack of subject matter jurisdiction." Id. Fourteen days have now passed, and Plaintiff has failed to file an amended complaint.

Plaintiff has failed to obey a Court order. The Court takes this failure, as well as the failure to heed the warning regarding termination of the case, as Plaintiff's decision to discontinue prosecution of this matter. The Plaintiff's failure to file an amended complaint prevents this case from proceeding because the operative complaint fails to invoke this Court's subject matter jurisdiction. Under these circumstances, there is no utility in keeping this case open.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that, due to Plaintiff's failure to file an amended complaint as previously ordered, leave to amend as previously granted by the June 17, 2016 screening order is WITHDRAWN, and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated: July 7, 2016

_____
SENIOR DISTRICT JUDGE